UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CUSTOM METALCRAFTERS, INC.,

             Plaintiff,

    - against -

RICE ENGINEERING, INC.,

             Defendant.
-------------------------------------------------------X

Docket Number: 03 CV 5719(JS)(WDW)

**Stipulation of Discontinuation With Prejudice**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action and all counterclaims be, and the same hereby are discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 17, 2005
New York, NY

_____
NEIL R. FLAUM, P.C. (NRF-5028)
Attorney for Plaintiff
42 Broadway, Suite 1749
New York, NY 10004
(212) 509-7400

Dated: May 13, 2005
Uniondale, NY

_____
CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER
By:   RONA L. PLATT (RLP-9877)
Attorney for Defendant
333 Earle Ovington Boulevard
Uniondale, NY 11553
(516) 542-5900

SO ORDERED:
/s/ JOANNA SEYBERT
_____
Joanna Seybert, USDJ
Dated: June 20, 2005
Central Islip, NY